IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 06-2453-JWL

ROY E. UNGER, et al.,

        Defendants.

## ORDER

This matter comes before the Court on the motion (Doc. 13) of the United States for an Order setting a date certain for Defendants being served by publication to file an answer pursuant to 28 U.S.C. § 1655, K.S.A. § 60-307, and Fed. R. Civ. P. 4(e).

Service by publication on Defendants Okie Pipe Line Company ("Okie"), Link Energy Pipeline Limited Partnership ("Link Energy"), and the Unknown Heirs, Executors, Administrators, Devisees, Trustees, Legatees, Creditors, and Assignees of such of the defendants as may be deceased; the Unknown Spouses of any defendants; the Unknown Stockholders, Officers, Successors, Trustees, Creditors and Assignees of such defendants as are existing, dissolved or dormant corporations; the Unknown Executors, Administrators, Devisees, Trustees, Creditors, Successors and Assignees of such defendants as are or were partners or in partnership; the Unknown Guardians, Conservators and Trustees of such of the defendants as are minors or are in any way under legal disability; and the Unknown Heirs, Executors, Administrators, Devisees, Legatees, Trustees, Creditors and Assignees of any Person alleged to be deceased (hereinafter the "Unknown Defendants") was authorized by this Court's Order dated March 2, 2007 (Doc. 11).

IT IS THEREFORE ORDERED, that the Defendants shall appear or plead in this action filed in this Court at Kansas City, Kansas, on or before the  2 nd  day of  July , 2007, a date not less than 55 days from the date the notice was first published, and in default thereof, the Court will find that the Amended Complaint and all other pleadings are true, and judgment, the nature of which shall be stated, will be rendered accordingly.

IT IS SO ORDERED.

Dated this 20th day of March, 2007, at Topeka, Kansas.

   s/ K. Gary Sebelius
K. GARY SEBELIUS
United States Magistrate Judge